IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**ALFONZO FREDRICK HUFF**,<br><br>Defendant | NO.  3: 05-CR-2 (CAR)<br><br>VIOLATION(S): DRUG RELATED |

# ORDER OF REVOCATION AND DETENTION

Defendant ALFONZO FREDRICK HUFF, represented by legal counsel Mr. Richard Hull of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Amanda M. LaMotte.  The government was represented by Assistant U. S. Attorney Richard Moultrie.  The defendant admitted the violations set forth in the petition, and upon consideration of argument of counsel,

THE COURT FINDS:

(1) that there is probable cause to believe that defendant HUFF has violated conditions of release by violating state/federal law, to-wit: the defendant did possess and use cocaine on or about February 24, March 9, and March 31, 2005, in Athens-Clarke County, Georgia, as alleged in said petition;

(2) that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that he will not pose a danger to the safety of the community and its inhabitants by continuing to use illegal drugs, in violation of state and federal law; and,

(3) defendant HUFF is unlikely to abide by conditions of release prohibiting the use of illegal drugs because he has a serious addiction problem.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered January 28, 2005, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending sentencing. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 10th day of MAY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE